UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, U.A. AFL-CIO | : | NO. 3:16-CV-00448-JWD-EWD |
|---|---|---|
| VERSUS | : : : : | |
| CCR FIRE PROTECTION, LLC AND ITS ALTER EGO, QUICK RESPONSE FIRE PROTECTION, LLC, ET AL | | |

## ANSWER TO ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Nilesh "Neil" Patel (hereafter "Patel"), defendant herein, and, for answer to the plaintiff's original complaint, denies each and every allegation contained therein except those allegations of fact as may be hereinafter specifically admitted. And now responding to the specific allegations of the plaintiff's complaint, defendant avers, alleges, pleads and states, as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted against Patel in that he is/was not an "employer" within the meaning of Section 2(2) of the Labor Management Relations Act, as amended, 29 USC §152(2), nor is/was he an "owner" of CCR Fire Protection, LLC.

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted against Patel in that he never "entered into a collective bargaining agreement" with Plaintiff, and he never agreed to nor entered into any settlement agreement with Plaintiff.

### THIRD DEFENSE

And now further responding to the allegations of plaintiff's complaint, by paragraph, defendant states:

1393530.v1

**1.**

The allegations contained in Paragraph 1 of the complaint are denied as written and /or denied for lack of sufficient information to justify a belief therein. Further responding, Patel specifically denies that he is either signatory or a party to the referenced settlement agreement.

**2.**

The allegations contained in Paragraph 2 of the complaint are denied as written and/or denied for lack of sufficient information to justify a belief therein.

**3.**

The allegations contained in Paragraph 3 of the complaint are denied for lack of sufficient information to justify a belief therein.

**4.**

The allegations contained in Paragraph 4 of the complaint are denied, denied as written, and/or denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations contained in Paragraph 5 of the complaint are denied, denied as written, and/or denied for lack of sufficient information to justify a belief therein.

**6.**

The allegations contained in Paragraph 6 of the complaint are denied, denied as written, and/or denied for lack of sufficient information to justify a belief therein.

**7.**

The allegations contained in Paragraph 7 of the complaint are denied, denied as written,

1393530.v1

and/or denied for lack of sufficient information to justify a belief therein.

**8.**

The allegations contained in Paragraph 8 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**9.**

The allegations contained in Paragraph 9 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**10.**

The allegations contained in Paragraph 10 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**11.**

The allegations contained in Paragraph 11 of the complaint are denied for lack of sufficient information to justify a belief therein.

**12.**

The allegations contained in Paragraph 12 of the complaint are denied for lack of sufficient information to justify a belief therein.

**13.**

The allegations contained in Paragraph 13 of the complaint are denied as written and/or denied for lack of sufficient information to justify a belief therein.

**14.**

The allegations contained in Paragraph 14 of the complaint are denied as written and/or denied for lack of sufficient information to justify a belief therein.

**15.**

The allegations contained in Paragraph 15 of the complaint are denied as written and/or denied for lack of sufficient information to justify a belief therein.

**16.**

The allegations contained in Paragraph 16 of the complaint are denied as written and/or denied for lack of sufficient information to justify a belief therein.

**17.**

The allegations contained in Paragraph 17 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**18.**

The allegations contained in Paragraph 18 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**19.**

The allegations contained in Paragraph 19 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**20.**

The allegations contained in Paragraph 20 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**21.**

The allegations contained in Paragraph 21 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

1393530.v1

**22.**

The allegations contained in Paragraph 22 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**23.**

The allegations contained in Paragraph 23 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**24.**

The allegations contained in Paragraph 24 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**25.**

The allegations contained in Paragraph 25 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**26.**

The allegations contained in Paragraph 26 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**27.**

The allegations contained in Paragraph 27 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**28.**

The allegations contained in Paragraph 28 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

1393530.v1

**29.**

The allegations contained in Paragraph 29 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**30.**

The allegations contained in Paragraph 30 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**31.**

The allegations contained in Paragraph 31 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**32.**

The allegations contained in Paragraph 32 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**33.**

The allegations contained in Paragraph 33 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**34.**

The allegations contained in Paragraph 34 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**35.**

The allegations contained in Paragraph 35 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

1393530.v1

**36.**

The allegations contained in Paragraph 36 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**37.**

The allegations contained in Paragraph 37 of the complaint are denied and/or denied as written. Patel specifically denies that he is/was a party to any settlement agreement, that he is/was an "employer" within the meaning of the LMRA, and that he is individually liable and/or obligated to plaintiff herein.

**38.**

The allegations contained in Paragraph 38 of the complaint are denied, denied as written and/or denied for lack of sufficient information to justify a belief therein.

**WHEREFORE**, defendant, Nilesh "Neil" Patel, prays that this Answer be deemed good and sufficient, and that, after all legal delays and proceedings are had, there be judgment entered against plaintiff and in favor of defendant, dismissing plaintiff's claims and suit, with prejudice, and at plaintiff's cost.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.

By: */s/ Thomas R. Peak*
Thomas R. Peak, Bar # 14300
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Fax: (225) 346-8049

*Attorneys for Defendant, Nilesh "Neil" Patel*

1393530.v1

## CERTIFICATE

The undersigned hereby certifies that on this 30th day of August, 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Thomas R. Peak*
Thomas R. Peak
