# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROAD SPRINKLER FITTERS LOCAL
UNION NO. 669, U.A., AFL-CIO

VERSUS

CCR FIRE PROTECTION, LLC, ET AL

CIVIL ACTION

NO. 16-00448-JWD-EWD

## JUDGMENT

This matter came before the Court at a bench trial on May 14-15, 2019. For reasons written in the Court's *Findings of Fact and Conclusions of Law*,

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment is rendered in favor of defendants CCR Fire Protection, LLC and Quick Response Fire Protection, LLC and against Plaintiff Road Sprinkler Fitters, Local Union No. 669, U.A., AFL-CIO, dismissing its claims with prejudice.

Signed in Baton Rouge, Louisiana, on September 27, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**