# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, U.A., AFL-CIO<br>　　Plaintiff, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>　3:16-cv-00448-JWD-EWD |
| v. | §<br>§<br>§ | DISTRICT JUDGE DEGRAVELLES |
| CCR FIRE PROTECTION, LLC, *et al.*,<br>　　Defendants. | §<br>§ | MAGIS. JUDGE WILDER-DOOMES |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Road Sprinkler Fitters Local Union No. 669, U.A., AFL-CIO, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered by this Honorable Court on September 27, 2019. (Docs. 243 and 244).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**ROBEIN, URANN,**
　　　　　　　　　　　　　　　　**SPENCER, PICARD & CANGEMI, APLC**

　　　　　　　　　　　　　　　　**s/Paula M. Bruner**　　　　　　　　　　
　　　　　　　　　　　　　　　　Louis L. Robein (LA Bar No. 11307)
　　　　　　　　　　　　　　　　Julie Richard-Spencer (LA Bar No. 20340)
　　　　　　　　　　　　　　　　Paula M. Bruner (LA Bar No. 30417)
　　　　　　　　　　　　　　　　2540 Severn Avenue, Suite 400
　　　　　　　　　　　　　　　　Metairie, LA  70002
　　　　　　　　　　　　　　　　Phone: 504.885.9994
　　　　　　　　　　　　　　　　Fax:　　504.885.9969
　　　　　　　　　　　　　　　　Email: lrobein@ruspclaw.com
　　　　　　　　　　　　　　　　　　　　jrichard@ruspclaw.com
　　　　　　　　　　　　　　　　　　　　pbruner@ruspclaw.com

William W. Osborne, Jr.  (D.C. Bar No. 912089)
Osborne Law Offices, P.C.
1130 Connecticut Avenue, NW, Suite 950
Washington, DC 20036
Phone: 202.243.3200
Fax:     202.243.3207
Email: bosborne@osbornelaw.com

*Counsel for Plaintiff, Road Sprinkler Fitters*
*Local Union No. 669, U.A., AFL-CIO*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I electronically filed the foregoing Notice of Appeal using the CM/ECF system, which will send a notice of the filing to all counsel of record.

*s/ Paula M. Bruner*
PAULA M. BRUNER