# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 02, 2019

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 19-30886   Road Sprinkler Fitters Local v. CCR Fire Protection, L.L.C.
                     USDC No. 3:16-CV-448

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Connie Brown, Deputy Clerk
                              504-310-7671

cc w/encl:
    Ms. Paula M. Bruner
    Mr. Eric Ray Miller
    Mrs. Julie M. Richard-Spencer

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-30886

_____

ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, U.A. AFL-CIO,

    Plaintiff - Appellant

v.

QUICK RESPONSE FIRE PROTECTION,

    Defendant - Appellee

_____

Appeal from the United States District Court
for the Middle District of Louisiana

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of December 02, 2019, pursuant to appellant's motion.



LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Connie Brown, Deputy Clerk

**A True Copy**
**Certified order issued Dec 02, 2019**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

ENTERED AT THE DIRECTION OF THE COURT